THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Scotty Watts, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2009-UP-196
Submitted April 1, 2009  Filed May 6,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Scotty Watts appeals his probation revocation, arguing
 the trial court erroneously revoked his probation in full when the violations
 were minor and no finding existed that his failure to pay fees and fines was
 willful.    After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.